Harris L. Winns
San, Jose CA.
*Plaintiff, Pro Se*

FILED
SEP 24 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

United States District Court For
the Northern District of California
Oakland Division

Case No.: C 20-06762 LB

**HARRIS L. WINNS**
Plaintiff, an Individual
vs.
**EXELA ENTERPRISE SOLUTIONS, INC., ET AL.**
Defendant, Automation of Business Processes

A MOTION TO APPOINT COUNSEL

## MOTION TO APPOINT COUNSEL

COMES NOW, the Plaintiff, Harris L. Winns, in *Pro Se* status. Within this motion, the Plaintiff respectfully moves this honorable court to grant his Motion to Appoint Counsel. And as such, understands and state the following:

In proceedings *in forma pauperis*, the Court has the statutory power only to "request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1).

Moreover, after the court's review of the Plaintiff's heightened pleadings of "plausibility" and "context specific" requirements, in addition to stating numerous claims upon which relief may be granted, and as such, the Petitioner also prays that his motion is therefore granted by this honorable court.

Respectfully submitted,

Dated: 24th day of September, 2020

/s/ Harris L. Winns
Harris L. Winns
Plaintiff, *Pro Se*