**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HARRIS LEE WINNS,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**EXELA ENTERPRISE SOLUTIONS, INC.,**<br><br>　　　　Defendant. | Case No. 4:20-cv-06762-YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 46 |

　　　　The Court has reviewed the briefing on the pending motion to file a first amended complaint, which was filed by *pro se* plaintiff Harris Lee Winns. (Dkt. No. 46.) Based on the Court's review, the Court **DENIES WITHOUT PREJUDICE** the motion to file a first amended complaint. In short, the motion does not comply with the local rules requiring the submission of the amended pleading in its entirety. Here, Mr. Winns filed a motion for leave to amend his complaint, but did not include a copy of the proposed amended complaint, as required by the local rules. *See* N.D. Cal L.R. 10-1 ("Any party…moving to file an amended pleading must reproduce the entire proposed pleading and may not incorporate any part of a prior pleading by reference.").

　　　　Mr. Winns may resubmit another such motion that complies with the local rule articulated above within two (2) weeks from the date of this Order. The briefing schedule shall thereafter follow the regular thirty-five (35) day briefing schedule unless otherwise stipulated by the parties.

　　　　This Order terminates Docket Number 46.

　　　　**IT IS SO ORDERED.**

Dated: April 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE