Harris L. Winns
San, Jose CA. 95122
*Plaintiff, Pro Se*

# United States District Court For the Northern District of California
## Oakland Division

| | |
|---|---|
| **HARRIS L. WINNS**<br>Plaintiff, an Individual<br>vs.<br>**EXELA ENTERPRISE SOLUTIONS, INC.**<br>Defendant, Automation of Business Processes | Case No.: 20-cv-06762-YGR<br><br>**[PROPOSED ORDER]**<br>**MOTION FOR JUDGMENT**<br>**ON THE PLEADINGS**<br><br>**Fed. R. Civ. P. 12(c)**<br>RE: Dkt. 72 |

### PROPOSED ORDER

"A court may grant judgment on the pleadings where there are no issues of material fact and the moving party is entitled to judgment as a matter of law when taking the allegations in the pleadings as true. Gregg v. Haw. Dep't of Pub. Safety, 870 F.3d 883, 887 (9th Cir. 2017) (citation omitted). This standard is "functionally identical" to the standard for determining a motion to dismiss under Rule 12(b)(6). Id."

"Accordingly, a court need not accept as true factual allegations that are conclusory or conclusions of law. See *Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009) (citation omitted)."As with a Rule 12(b)(6) motion to dismiss, a court granting judgment on the pleadings pursuant to Rule 12(c) should grant leave to amend even if no request for leave to amend has been made, unless it is clear that amendment would be futile." *Finley v. Capital One*, No. 16-CV-01392-YGR, 2017

WL 1365207, at *2 (N.D. Cal. Apr. 14, 2017).(Quoting *Diaz v. Rescare* Inc., ET AL. 4:20-cv-01333-YGR, N.D. Calif., 2020).

"Therefore, "the court must assume the <u>truthfulness</u> of the material facts alleged in the complaint, *Cafasso, U.S. ex rel. v. General Dynamics C4 Systems, Inc.*, 637 F.3d 1047, 1053 (9th Cir. 2011), and "treat as false the allegations in the <u>Answer</u> that contradict" the complaint, *Elvig v. Calvin Presbyterian Church*, 375 F.3d 951, 955 (9th Cir. 2004). (*Gray v. Romero*, 1:13-cv-01473-DAD-GSA-PC, E.D. Calif., 20017). *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896F.2d 1542, 1550 (9th Cir.1989). *see* also *Savage v. Council On American-Islamic Relations, Inc.*,2008 WL 2951281 (N.D. Cal. 2008).

Therefore, in light of the foregoing and for good cause appearing therefore, the Court hereby GRANTS the Plaintiff's motion for judgment on the pleadings. Fed. R. Civ. P. 12(c).

**IT IS SO ORDERED**.

Dated: _____, 2021

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge